In the Matter of the Arbitration of Certain Differences between DANIEL M. WINANS, Petitioner, Respondent, and AMERICAN SAFETY RAZOR CORPORATION, Respondent, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARLEY J. STEWART, Appellant, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Application of the COMMERCIAL CASUALTY INSURANCE COMPANY, Petitioner, Appellant, for an Order Demanding MORRIS S. TREMAINE, as Comptroller of the State of New York, Respondent, to Pay to Petitioner Herein the Funds in His Hands Applicable to the Payment of Certain Judgments Heretofore Recovered by the Petitioner Herein against the State of New York, with Interest to the Date of Payment. MICHAEL C. McELIGOT, Impleaded, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Judicial Settlement of the Account of JAMES H. JOY, as Executor, etc., of WILLIAM JOY, Deceased. JOHN J. KELLEHER, Appellant; JAMES H. JOY, as Executor, etc., Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Final Judicial Settlement of the Accounts of TOMPKINS COUNTY TRUST COMPANY (Formerly Known as ITHACA TRUST COMPANY), as Trustee under the Last Will and Testament of WILLIAM GRANT EGBERT, Deceased. GLADYS E. HUNT, Appellant; WILLIAM GRANT EGBERT, JR., Respondent; TOMPKINS COUNTY TRUST COMPANY, Petitioner, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of RUSSELL D. DUSTIN, Appellant, against THOMAS H. MURPHY, as Warden of Clinton Prison, and the NEW YORK STATE BOARD OF PAROLE OF THE DIVISION OF PAROLE, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 1020.] The court hereby certifies that in its opinion a question of law is involved herein which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

JAMES RITCHIE, Appellant, v. STANDARD SURETY & CASUALTY COMPANY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK SMITH, Appellant, v. THOMAS H. MURPHY, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Motion for reargument denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.